UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-12103-JKS |
|---|---|---|
| | Chapter: | 7 |
| **Dranovsky, Denis** | Judge: | John K. Sherwood |
| **Debtor(s).** | | |

### NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on April 9, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. #3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **322 Richard Mine Road, #22, Wharton, NJ**
    $180,000

**Liens on property**:

    $295,000

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 19-12103-JKS
Denis Dranovsky    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Mar 11, 2019
    Form ID: pdf905    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db             +Denis Dranovsky,    27 Washington Avenue,    Suffern, NY 10901-4623
518003794      +Attorney General,    US Dept. of Justice,    Ben Franklin Station, POB 683,
                 Washington, DC 20044-0683
518003795     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518003796      +Bank of New York Mellon,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
518003798      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
518003799      +Citibank SD, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
518003800      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518003801      +Citibank/Exxon Mobile,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518003802      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518003803       Emergency Physicians of Saint Clares,    PO Box 51028,    Newark, NJ 07101-5128
518003804      +Ford Motor Credit,    1 American Road,    Dearborn, MI 48126-2701
518003806      +Mountainview Manor Condo Assn,    c/o Matrix Property Management Grp, LLC,    50-C Main Street,
                 Succasunna, NJ 07876-1476
518003808     ++NORTHWEST RADIOLOGY ASSOCIATES,    45 PINE STREET SUITE 8,    ROCKAWAY NJ 07866-3149
               (address filed with court: Northwest Radiology Assoc.,    45 Pine Street, Ste. 8,
                 Rockaway, NJ 07866)
518003807      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518003810      +Ras Citron, LLC,    130 Clinton Road,    #202,    Fairfield, NJ 07004-2927
518003811       Saint Clare's Hospital,    PO Box 35577,    Newark, NJ 07193-5577
518003812      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
518003813      +State of New Jersey Division of Taxation,    Compliance & Enforcement - Compliance,
                 50 Barrack Street, 9th Floor,    Trenton, NJ 08695-0001
518003816      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2019 00:46:11
                 Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518003797      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 00:34:54     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518003805       E-mail/Text: cio.bncmail@irs.gov Mar 12 2019 00:24:46     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518003809      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2019 00:34:56
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518006385      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 00:34:44     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518003814      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 00:34:48     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518003815      +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 00:35:15     Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: pdf905            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Guillermo  Gonzalez    on behalf of Debtor Denis  Dranovsky ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-4 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```